UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-CR-64(07)(PAM/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL** |
| v. ) | |
| ) | |
| JOAQUIN HERNANDEZ-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal is hereby GRANTED and the Indictment against the above-named defendant is dismissed.

Dated: August 16, 2010    s/Paul A. Magnuson
                         The Honorable Paul A. Magnuson
                         United States District Judge